1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RONNIE O. BROWN,
11          Plaintiff,                    No. CIV S-08-1467 GGH P
12      vs.
13  DIRECTOR CDCR, et al.,
14          Defendants.                   ORDER
15  _____/
16          Plaintiff is a state prisoner proceeding pro se.  He seeks relief pursuant to 42
17  U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma
18  pauperis.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.
19  § 636(b)(1).
20          Plaintiff has submitted a declaration that makes the showing required by 28
21  U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.
22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28
23  U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently
24  without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.
25  § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding
26  month's income credited to plaintiff's prison trust account.  These payments shall be collected

and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The only named defendant is the Director of the California Department of Corrections and Rehabilitation (CDCR). Although plaintiff alleges a violation of his constitutional rights, he claims that he has been denied a reasonable accommodation for his disability. Accordingly, the court construes this action as having been brought pursuant to the Americans with Disabilities Act (ADA).

Title II of the ADA applies to inmates in state prison. Armstrong v. Wilson, 124 F.3d 1019, 1023 (9th Cir. 1997). In order to state a claim of disability discrimination under Title II of the ADA plaintiff must allege four elements: 1) he is an individual with a disability; 2) he was otherwise qualified to participate in or receive the benefit of some public entity's services, programs, or activities; 3) he was either excluded from participation in or denied the benefits of the public entity's services...or was otherwise discriminated against by the public entity; and 4) such exclusion, denial...or discrimination was by reason of his disability." McGary v. City of Portland, 386 F.3d 1259, 1265 (9th Cir. 2004).

Plaintiff alleges that he is an individual with disabilities (visually impaired, mental illness). Plaintiff alleges that defendant, pursuant to a policy, refuses to allow him to go to a substance abuse treatment facility because of his disabilities. The complaint states a cognizable claim for relief pursuant to 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for the following defendant: Director of the CDCR.

1        4. The Clerk of the Court shall send plaintiff 1USM-285 form, one summons, an
2  instruction sheet and a copy of the complaint filed June 25, 2008.
3        5. Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the following documents to the court:
5        a. The completed Notice of Submission of Documents;
6        b. One completed summons;
7        c. One completed USM-285 form for each defendant listed in number 3
8        above; and
9        d. Two copies of the endorsed complaint filed June 25, 2008.
10        6. Plaintiff need not attempt service on defendants and need not request waiver of
11  service. Upon receipt of the above-described documents, the court will direct the United States
12  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
13  without payment of costs.
14  DATED: 07/23/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

br1467.b

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

      Plaintiff,                                  No. CIV S-08-1467 GGH P

    vs.

DIRECTOR CDCR, et al.,                 <u>NOTICE OF SUBMISSION</u>

      Defendants.                         <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____      completed summons form

        _____      completed USM-285 forms

        _____      copies of the _____
                                              Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff